# UNITED STATES DISTRICT COURT
for the

LYNDON GRANGER, BARTHOLOMEW GRANGER SR, BARTHOLOMEW GRANGER JR
Plaintiff,

v.

HOUSTON POLICE DEPARTMENT, HARRIS COUNTY, JEFFERSON COUNTY, CITY OF BEAUMONT, JAMES A. FITZ GERALD.
Defendants.

§
§
§
§
§
§
§
§
§
§

Civil Action No. _____

United States Courts
Southern District of Texas
FILED

JUL 2 6 2010

Clerk of Court

## ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff, LYNDON GRANGER, BARTHOLOMEW SR, BARTHOLOMEW GRANGER JR, acting by and as Sole proprietors I Lyndon Granger files this complaint on all plaintiffs behalf, and complains of:

All the Defendants above and for cause of action alleges the following:

### I.
### NATURE OF CLAIM

In the event of litigation, my client will also seek recovery of mental anguish damages in in the amount of $250,000,000.million dollars. these damages represent. The unlawful pursuit of incriminating my whole family based on a lie. Pursuing the Grangers past the 70 day time period for tying a rape case. Also not adhering to The Speedy Trial Act of 1974, 18 United States Code Section 3161 et seq., We are innocent and The Houston police has invaded our home 3 times without a search warrant. Acting upon what a crooked cps worker told them. Beating Lyndon Granger on two occasion. I was mishandled and unlawfully incarcerated. By Harris county and Jefferson county, Based on a lie. And Bartholomew Granger was put on Eastex Crime stoppers illegally by Jefferson county, using his Texas drivers license photo.

**PLAINTIFF'S ORIGINAL PETITION**                                                **PAGE 1**

## II.
## Defendants

City of Beaumont
P.O. Box 521
Beaumont, Texas 77704

Jefferson County clerks office
P.O. Box 1151
Beaumont, Texas 77704

Harris County
1200 Baker st.
Houston, TX 77002

Houston Police Department
James A. Fitz Gerald
1200 Travis Street
Houston, Texas 77002

1. Defendants a Texas corporation whose office is above address, Harris County Texas, Jefferson County Texas may be served with processing by serving.

## III.
## Violation of Amendment Rights

1. 4th Interdiction of unreasonable Searches and seizures; warrants

2. 5th Indictments; Due process; Self-incrimination; Double jeopardy, and rules for Eminent Domain.

3. 6th Right to a fair and speedy public trial, Notice of accusations, Confronting one's accuser, Subpoenas, Right to counse

4, 9th, 10th, and 14 amendments rights

## Affidavit

Below are a list of Civil violations that the defendants flagrantly violated in their pursuit of in criminating the Granger family and were committed against the family. Believing the word of a liar Samantha Granger and a felon by the name of Claudia Ann Jackson. Which failed to appear in State, Civil and Federal court. All they offer is slander and no proof. We offer proof and truth. But yet these defendants insist on a witch hunt. So far The prosecutor on Ulysses Granger case is not doing his case according to law and due process. The girls failed to come to court for the mess that they started. And Ulysses granger gave them his evidence and where he was . And now the prosecutor is still delaying and lying to my brother and his lawyer.

We want Federal protection from this unlawful witch hunt and relief for violating our rights. This thing has been going on for a year and the only thing getting done is we are being extorted for money by the state lawyers and the courts.

None of the plaintiffs were ever properly notified. Also the police found a felon to be credible over citizens with no criminal record. The reason Bartholomew Granger never came forward is because he was not notified until they falsely indicted Lyndon Granger and put him down as a fugitive for something he did not do. No one else shows up to court but yet we have to over a lie, it's not fair.

## Civil Rights Violations

Corruption, Discrimination, slander, invasion of privacy, false imprisonment, misuse of taxpayers money, Failure to protect citizen, civil and constitutional violations, 4,5,6, 9, 10, 14, amendment rights.

Abuse of power, Racial profiling, state and county negligence. personal liberty and invasion of privacy. Falsifying evidence against plaintiff, unlawful detainment and questioning unlawful incrimination. we have been attacked by every Fawcett of society. We need a federal probe on Harris and Jefferson county for civil rights violation. Harris county, Jefferson county, HPD Detective James A. fitz Gerald, Plaintiffs request federal protection from these defendants brutality. And a court appointed attorney to help us. The federal court has jurisdiction over this case and subject matter. highway commissions, cities, counties, etc. These are not covered by immunity. the reason why so many minorities are in jail is because the state of Texas is notorious for violating minorities civil rights and jailing blacks. plea deals is equivalent to slavery and a witch hunt. this state knows most blacks will take a deal to get out of jail. if blacks knew their rights this whole state would be bankrupt. We told them we were being lied on and they offered a plea deal as if they did not want to do their job. I don't have the time or health to be falsely imprisoned for something I did not do. All of the plaintiffs has no prior criminal records. We all worked and raised families and never had this kind of mess until a group of malicious family members decided to file a fraudulent report to the police and CPS. No justice no peace. I want to be treated like a real American citizen not like a prisoner of Nazi Germany. I Lyndon Granger disabled and partially blind. Bartholomew granger is disabled with a broken neck. We all have medical proof, residential witness, and job verification on and about the time of theses false allegations. so the counties need to stop and give us a speedy trail so we can show jury's our proof and clear our names. And after that, compensate us for total civil and constitutional violation. We will not bow down to TRANNY!!. Please help us get all American justice.

## IV.
## Plaintiff, LYNDON GRANGER, BARTHOLOMEW GRANGER SR, BARTHOLOMEW GRANGER JR

1. Because of defendant's actions, plaintiff was required to retain an attorney and has incurred, and continues to incur, fees and expenses. Should plaintiff prevail, a common fund will be created that will substantially benefit others who have not borne the expenses of suit or incurred attorney fees. Plaintiff is entitled to recover payment for the reasonable and necessary expenses and fees for the services of legal counsel from the common fund. §2.2.1
2. I will seek recovery of mental-anguish damage in the amount of $250,000,000 Two hundred fifty million dollars and trebled economic damages on the grounds that your conduct was knowingly. Incarcerate with no evidence and without due process.

## V.
## JURY DEMAND

1. Plaintiff hereby requests a trial by jury of all issues of fact in this case and Ask the court to grant me the right to charge the defendants to tender the jury fee. Due to my economic disposition.

# WAIVERS OF FEES

## §30.04

Before me, The undersigned notary public, on this day personally appeared _____ [name of affiant] and being by fully sworn on _____ his or her oath, deposed as stated as follows:

1. I am the _____ [designated, eg., Plaintiff] in this cause and I am required to give security for the costs in such suit by the Texas rules of Civil Procedure.

2. I am unable to pay the court costs, I verify that the statement made in this affidavit are true and correct statement of page 1-7.

_(signature)_  7-26-2010
Signature          Date

Lyndon Granger  7-26-2010
Print              Date

# VI.
# FACTUAL BACKGROUND

In the Granger family no one has criminal records. untrue allocation was made by Amber Jernigan, Claudia Jackson, and Samantha Granger at a party get together in lake Charles LA. They created these lies because Claudia Jackson and Amber Jernigan were facing back child support. So Claudia Jackson kidnapped her daughter Samantha Granger from Houston Texas Harris county against court orders and brain washed her into spreading these lies. and all the while amber Jernigan was falsifying statements to CPS. [mn the mean time we were minding our own business when all of a sudden Sheriffs and Marshalls arrested us without warning. It's not fair when a women can lie and a man has to be treated like a convict for no reason.
The Plaintiffs also would like to get retaliation protection from all defendants.

# VII.
# PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited and appear herein, and that upon final trial hereof, that Plaintiff recovery judgment against Defendants for her damages in a sum far in excess of the minimal jurisdictional limits of this Court. Plaintiff additionally prays for both compensatory and punitive damages, reasonable attorney's fees, prejudgment and post-judgment interest, court costs, and for such other and further relief, both general and special at law or in equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

LYNDON GRANGER,
BARTHOLOMEW GRANGER SR
BARTHOLOMEW GRANGER JR
P.O BOX 550661
Houston, Texas 77255
(713) 260-7754

X /s/ Lyndon Granger   7-26-2010

**PLAINTIFF'S ORIGINAL PETITION**                                                PAGE 7