# UNITED STATES DISTRICT COURT
## for the

United States District Court
Southern District of Texas
FILED
SEP 07 2010
David J. Bradley, Clerk of Court

| | |
|---|---|
| LYNDON GRANGER, BAR-THOLOMEW GRANGER SR, BARTHOLOMEW GRANGER JR<br>Plaintiff,<br><br>v.<br><br>HOUSTON POLICE DEPART-MENT, HARRIS COUNTY, JEFFERSON COUNTY, BEAU-MONT POLICE DEPART-MENT.<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No. 4:10-cv-02698 |

## AMENDED PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Plaintiff, LYNDON GRANGER, BARTHOLOMEW SR, BAR-THOLOMEW GRANGER JR, acting by and as Sole proprietors I Lyndon Granger files this complaint on all plaintiffs behalf, and complains of:

All the Defendants above and for cause of action alleges the following:

### I.
### NATURE OF CLAIM

In the event of litigation, my client will also seek recovery of mental anguish damages in in the amount of $250,000,000.million dollars. these damages represent. The unlawful pursuit of incriminating my whole family based on a lie. Pursuing the Grangers past the 70 day time period for tying a rape case. Also not adhering to The Speedy Trial Act of 1974, 18 United States Code Section 3161 et seq., We are innocent and The Houston police has invaded our home 3 times without a search warrant. Acting upon what a crooked cps worker told them. Beating Lyndon Granger on two occasion. I was mishandled and unlawfully incarcerated. By Harris county and Jefferson county, Based on a lie. And Bartholomew Granger was put on Eastex Crime stoppers illegally by Jefferson county, using his Texas drivers license photo.

# II.
# Defendants

Beaumont Police Department
255 College P.O. Box 3827
Beaumont, Texas 77704.

Jefferson County
P.O. Box 1151
Beaumont, Texas 77704

Harris County
1200 Baker st.
Houston, TX 77002

Houston Police Department
1200 Travis Street
Houston, Texas 77002

1. Defendants a Texas corporation whose office is above address, Harris County Texas, Jefferson County Texas may be served with processing by serving.

# III.
# Violation of Amendment Rights

1. 4th Interdiction of unreasonable Searches and seizures; warrants

2. 5th Indictments; Due process; Self-incrimination; Double jeopardy, and rules for Eminent Domain.

3. 6th Right to a fair and speedy public trial, Notice of accusations, Confronting one's accuser, Subpoenas, Right to counsel

4, 9th, 10th, and 14 amendments rights

## Affidavit

Below are a list of Civil violations that the defendants flagrantly violated in their pursuit of incriminating the Granger family and were committed against the family. Believing the word of a liar Samantha Granger and a felon by the name of Claudia Ann Jackson. Which failed to appear in State, Civil and Federal court. All they offer is slander and no proof. We offer proof and truth. But yet these defendants insist on a witch hunt. So far The prosecutor on Ulysses Granger case is not doing his case according to law and due process. The girls failed to come to court for the mess that they started. And Ulysses granger gave them his evidence and where he was . And now the prosecutor is still delaying and lying to my brother and his lawyer.

We want Federal protection from this unlawful witch hunt and relief for violating our rights. This thing has been going on for a year and the only thing getting done is we are being extorted for money by the state lawyers and the courts.

None of the plaintiffs were ever properly notified. Also the police found a felon to be credible over citizens with no criminal record. The reason Bartholomew Granger never came forward is because he was not notified until they falsely indicted Lyndon Granger and put him down as a fugitive for something he did not do. No one else shows up to court but yet we have to over a lie, it's not fair.

## Civil Rights Violations

**Corruption, Discrimination , slander, invasion of privacy, false imprisonment, misuse of taxpayers money,** Failure to protect citizen, **civil and constitutional violations, 4,5,6, 9, 10, 14, amendment rights.**
**Abuse of power, Racial profiling,** state and county negligence. **personal liberty and invasion of privacy. Falsifying evidence against plaintiff, unlawful detainment and questioning unlawful incrimination.** we have been attacked by every Fawcett of society. We need a federal probe on Harris and Jefferson county for civil rights violation. Harris county, Jefferson county, HPD Detective James A. fitz Gerald, Plaintiffs request federal protection from these defendants brutality. And a court appointed attorney to help us. The federal court has jurisdiction over this case and subject matter. highway commissions, cities, counties, etc. These are not covered by immunity. the reason why so many minorities are in jail is because the state of Texas is notorious for violating minorities civil rights and jailing blacks. plea deals is equivalent to slavery and a witch hunt. this state knows most blacks will take a deal to get out of jail. if blacks knew their rights this whole state would be bankrupt. We told them we were being lied on and they offered a plea deal as if they did not want to do their job. I don't have the time or health to be falsely imprisoned for something I did not do. All of the plaintiffs has no prior criminal records. We all worked and raised families and never had this kind of mess until a group of malicious family members decided to file a fraudulent report to the police and CPS. No justice no peace. I want to be treated like a real American citizen not like a prisoner of Nazi Germany. I Lyndon Granger disabled and partially blind. Bartholomew granger is disabled with a broken neck. We all have medical proof, residential witness, and job verification on and about the time of theses false allegations. so the counties need to stop and give us a speedy trail so we can show jury's our proof and clear our names. And after that, compensate us for total civil and constitutional violation. We will not bow down to TRANNY!!. Please help us get all American justice.

## IV.
### Plaintiff, LYNDON GRANGER, BARTHOLOMEW GRANGER SR, BAR-THOLOMEW GRANGER JR

1. Because of defendant's actions, plaintiff was required to retain an attorney and has incurred, and continues to incur, fees and expenses. Should plaintiff prevail, a common fund will be created that will substantially benefit others who have not borne the expenses of suit or incurred attorney fees. Plaintiff is entitled to recover payment for the reasonable and necessary expenses and fees for the services of legal counsel from the common fund. §2.2.1
2. I will seek recovery of mental-anguish damage in the amount of $250,000,000 Two hundred fifty million dollars and trebled economic damages on the grounds that your conduct was knowingly. Incarcerate with no evidence and without due process.

## V.
### JURY DEMAND

1. Plaintiff hereby requests a trial by jury of all issues of fact in this case and Ask the court to grant me the right to charge the defendants to tender the jury fee. Due to my economic disposition.

## WAIVERS OF FEES

### §30.04

Before me, The undersigned notary public, on this day personally appeared _____ [name of affiant] and being by fully sworn on _____ his or her oath, deposed as stated as follows:

1. I am the _____ [designated, eg., Plaintiff] in this cause and I am required to give security for the costs in such suit by the Texas rules of Civil Procedure.

2. I am unable to pay the court costs, I verify that the statement made in this affidavit are true and correct statement of page 1-7.

_____   9-7-2010
Signature                Date

Lyndon Granger    9-7-2010
Print                   Date

## MALICIOUS PROSECUTION

False charges of sexual assault are common, with motives including jealousy, revenge, attention, or cover up. Many times people are wrongfully accused of sex crimes by a vindictive spouse or boyfriend/girlfriend, family members, and co-work A person falsely accused of committing a crime faces many of the same challenges as a guilty criminal defendant and must seek the best criminal defense attorneys available to avoid becoming another sad, tragic statistic in our prison system.

Malicious prosecution tort law seeks to protect against unjustifiable and unreasonable litigation. It requires a showing that the action was brought to harm the defendant or another improper motive. Malice is generally a wrongful intent, typically based in dislike of or animosity toward a person. This may be shown by, among others, sloppy legal or factual research, disparaging comments about the original defendant, a great imbalance in power between the parties, or an apparent desire by the original plaintiff to intimidate or punish the original defendant. The existence of probable cause is a complete defense to a claim for malicious prosecution. "Probable cause" is satisfied if any reasonable attorney would have thought the claim capable of prevailing.

## FALSE IMPRISONMENT/FALSE ARREST

To sustain an action for false arrest or false imprisonment, plaintiff has the burden of proving:

Restraint or arrest, against plaintiff's will,

caused or procured by defendants

without having reasonable grounds or probable cause to believe that the offense was committed by plaintiff.

I Lyndon Granger with the evidence I posses can and will prove not only my innocence but, I was wrongfully arrested and withheld against my will.

The lie told against Ulysses Granger, Lyndon Granger and Bartholomew Granger By Samantha Granger, was master minded by Claudia Jackson her vengeful mother.

These two women fooled CPS and the Police to hurt our family. the effect pf this lie caused us to lose our children and money. They must go to jail for such a heinous attack against law bidding citizen. Also the Beaumont Po[ice Department should have raised some suspicion about this lie when she told them we lived in harris county and they lived in lake Charles, LA.

# STATEMENT

To the honorable judge of said court comes now the plaintiff Bartholomew Granger Sr.

This living nightmare has be on going far to long for me, my son and my entire family. This case had went far beyond simple lies and false police reports. The Houston Police Department, Beaumont Police Department and the Jefferson County's prosecutors has carried this case into a malicious intent, far and beyond any and all constitutional and civil right violation.
 Case and point: When Samantha Granger and Claudia Jackson filed a complaint in Houston, Texas on Bartholomew Granger Sr. and Lyndon Granger it went no where. so by the instructions of a crooked detector James A. Fitzgerald told them to go file the same or similar complaint in Beaumont, Texas where they filed this complaint with another dirty detective who would be name later upon discovery. The complaint was failed on August 19, 2009 and warrant was issue by September 5, 2009 at what point did our civil rights do process and the right to face our accuser come in to play. you see in less than eighteen days these women, detective and someone in the court system helped them push this through illegally. My older brother Ulysses Granger had less than two days before they issue a warrant for his arrest. The dirty detective Fitzgerald knew he worked offshore, end of point. Now you see legally whether it's civil court, state court, criminal court or federal court the defendant had twenty days to respond under proper notification which the plaintiffs never received. When I spoke with the Beaumont detectives that took the complaint from Samantha Granger. he told me he sent a notification for court to my mother house at 7826 Flintridge Drive Houston, TX 77028. Note: On crime stopper the detective listed my last known address as Port Arthur Texas address. when in fact I haven't lived in Port Arthur since I was two years old. They used my driver license's picture which clearly show my address still to this date as P.O, box 550661 Houston ,TX 77255 so that begs the question? if they had any intention on notifying the plaintiffs properly. then why, was the Defendants breaking in my mother Vallire Ozenes house time and time again looking for Bartholomew Granger. Inclusion how can I be on the run as fugitive if I never had been convicted of any crime. It's like I'm guilty until proven more guilty.
Note: The Defendants said these where only complaints made against us and they have no evidence of any wrong doing. Question? if that's the fact then. how did these cases and all the civi; rights violation get this far for a year with no evidence.
The women never showed up to any court dates. I Bartholomew Granger Sr. will be going to the justice department to over see this tyrannical power hungry regime come to an end.

**AMENDED PETITION**                                  **PAGE 8**

## VI.
## FACTUAL BACKGROUND

In the Granger family no one has criminal records. untrue allocation was made by Amber Jernigan, Claudia Jackson, and Samantha Granger at a party get together in lake Charles LA. They created these lies because Claudia Jackson and Amber Jernigan were facing back child support. So Claudia Jackson kidnapped her daughter Samantha Granger from Houston Texas Harris county against court orders and brain washed her into spreading these lies. and all the while amber Jernigan was falsifying statements to CPS. in the mean time we were minding our own business when all of a sudden Sheriffs and Marshalls arrested us without warning. It's not fair when a women can lie and a man has to be treated like a convict for no reason.

The Plaintiffs also would like to get **retaliation protection from all defendants.**

## VII.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited and appear herein, and that upon final trial hereof, that Plaintiff recovery judgment against Defendants for her damages in a sum far in excess of the minimal jurisdictional limits of this Court. Plaintiff additionally prays for both compensatory and punitive damages, reasonable attorney's fees, prejudgment and post-judgment interest, court costs, and for such other and further relief, both general and special at law or in equity, to which Plaintiff may be justly entitled.

        Respectfully Submitted,

        LYNDON GRANGER,
        BARTHOLOMEW GRANGER SR
        BARTHOLOMEW GRANGER JR
        P.O BOX 550661
        Houston, Texas 77255
        (713) 260-7754