IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



JUN 6 2011

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| LYNDON GRANGER, et al<br>Plaintiff,<br><br>v.<br><br>CITY OF HOUSTON<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:10-cv-02698 |

### DAMAGES and EQUITABLE RELIEF

TO THE HONORABLE JUDGE NANCY F. ATLAS:

Comes now, Plaintiffs, LYNDON GRANGER, Bartholomew Granger SR, Bartholomew Granger JR, Ulysses Granger, and complains of:

### AFFIDAVIT

This claim is what all the plaintiffs seek in this case. the plaintiffs will request that the defendants tender the jury and court cost, due to our economic situation. The defendants actions caused this hardships and burdens upon the plaintiffs. Therefore they are responsible for all of this mental and financial damage. The defendants acted on a word, not facts and failed to investigate the allegations properly. Which lead to this cataclysm. I have listed the monetary damages we seek on the next page. **Also we would like to request a formal written apology from the City of Houston.** Thanks to God, Thanks to Nancy F. Atlas and **God Bless the United States of America!.**

## I. Plaintiff,
## LYNDON GRANGER, BARTHOLOMEW GRANGER SR, BARTHOLOMEW GRANGER JR, ULYSSES GRANGER

### Claims against City of Houston

1. Because of defendant's actions, plaintiffs was required to retain an attorney and has incurred, and continues to incur, fees and expenses. Should plaintiff prevail, a common fund will be created that will substantially benefit others who have not borne the expenses of suit or incurred attorney fees. Plaintiff is entitled to recover payment for the reasonable and necessary expenses and fees for the services of legal counsel from the common fund. §2.2.1

2. I will seek recovery of mental-anguish damage in the amount of **$13,000,000** Thirteen million dollars and trebled economic damages on the grounds that your conduct was knowingly to incriminate without probable cause and used excessive force which caused collateral damage to our lives on all levels. And has plaintiff on anti depression and multiple medication associated with the injury,

### II. Damages to each Plaintiffs is as follows:

**Lyndon Granger**– Excessive force and mental damages in the amount of $11,300,000 Eleven Million three Hundred Thousand.

**Ulysses Granger**-Financial damages in the amount of $200,000 Two Hundred Thousand.

**Bartholomew Granger Jr**-Excessive force and mental damages in the amount of $1,000,000 One Million Dollars.

**Bartholomew Granger Sr**– Defamation of character public display of inaccurate information, Damages in the amount of $500,000 Five Hundred Thousand Dollars.

**Total:$13,000,000 Thirteen Million Dollars.**

### III. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited and appear herein, and that upon final trial hereof, that Plaintiff recovery judgment against Defendants for her damages in a sum far in excess of the minimal jurisdictional limits of this Court. Plaintiff additionally prays for both compensatory and punitive damages, reasonable attorney's fees, prejudgment and post-judgment interest, court costs, and for such other and further relief, both general and special at law or in equity, to which Plaintiff may be justly entitled.

Respectfully Submitted,

**LYNDON GRANGER**
**BARTHOLOMEW GRANGER SR**
**BARTHOLOMEW GRANGER JR**
**ULYSSES GRANGER**
P.O. Box 550661
Houston, Texas 77255
(713) 260-7754

_____ 6-6-11
Signature                 Date

_____ 6-6-11
Signature                 Date

_____ 6-6-11
Signature                 Date

_____ 6-6-11
Signature                 Date

PAGE 3